FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0682



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0682

JAVIER BAUTISTA,

      Petitioner and Appellant,

v.

OFFICE OF THE COURT
ADMINISTRATOR,

      Respondent and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: November 25, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court